UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br><br>vs.<br><br>CHUKCHANSI GOLD RESORT & CASINO,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: 1:11-cv-01738 (LJO) (DLB)<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE BY 60 DAYS** |

## ORDER

GOOD CAUSE APPEARING, the parties' stipulated request to continue the initial Scheduling Conference, which currently set for January 24, 2012, by 60 days is hereby GRANTED.

IT IS FURTHER ORDERED that an initial Scheduling Conference is now set for March 26, 2012 at 9:15a.m. before Magistrate Judge Dennis L. Beck in Courtroom 9 (6th floor) of the above entitled court.

**IT IS SO ORDERED**

Dated: January 5, 2012         /s/ DENNIS L. BECK
                        UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com