**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br> vs.<br><br>CHUKCHANSI GOLD RESORT & CASINO,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 11-1738 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 20.) |

  Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

  1. DISMISSES with prejudice this entire action and all claims;

  2. VACATES all pending dates and matters, including the January 25, 2013 hearing on the motion to intervene, April 2, 2013 pretrial conference, and May 14, 2013 trial; and

  3. DIRECTS the clerk to term docs. 18 and 19 and to close this action.

IT IS SO ORDERED.

**Dated:** **November 29, 2012**     /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE

1