# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | CASE NO. CV F 11-1738 LJO DLB |
| Plaintiff, vs. | **ORDER TO DENY RELIEF** (Doc. 24.) |
| CHUKCHANSI GOLD RESORT & CASINO, | |
| Defendant. / | |

With the parties' stipulation, this Court has dismissed this action. Non-party Blair Bucan ("Mr. Bucan") continues to file papers to attempt to intervene. However, with dismissal of this action, there is no action in which Mr. Bucan may intervene. As such, Mr. Bucan seeks inappropriate relief which this Court is unable to grant, and this Court DENIES Mr. Bucan relief requested in his papers (docs. 18, 19, 24). Mr. Bucan has noted in the record his notions regarding this Court's actions, and this Court need comment no further on such issues. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") This Court ADMONISHES Mr. Bucan that it will not entertain Mr. Bucan's further attempts to intervene and will return his papers to him.

IT IS SO ORDERED.

**Dated:   December 10, 2012**          /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1